UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-25006-EA

**Geovanny Gonzalez Gonzalez**, *also known as*
Giovanny Alexander Gonzalez-Gonzalez,

     Petitioner,

v.

**U.S. Immigration and Customs Enforcement,**

     Respondents.

_____/

## ORDER DISMISSING DUPLICATIVE PETITION

**THIS CAUSE** is before the Court upon Petitioner Geovanny Gonzalez Gonzalez's *pro se* Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 [ECF No. 1]. Petitioner, an immigration detainee held at Krome Service Processing Center in Miami, Florida, argues that his detention violates both the Fifth Amendment's Due Process Clause and 8 U.S.C. § 1231(a)(6) [ECF No. 1 p. 6].   However, the instant petition is duplicative of another petition, filed by Petitioner, that is already pending before another judge in this district.  *See Gonzalez-Gonzalez v. U.S. Immigr. & Customs Enf't*, No. 26-cv-24796-KMM (S.D. Fla. Jul. 21, 2026) (Moore, J.).   Therefore, this matter is hereby **DISMISSED** as duplicative.

\*\*\*

"Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation."  *Slack v. McDaniel*, 529 U.S. 473, 478 (2000).  A "suit is duplicative of

1

another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (citations omitted). "It is well established that 'as between federal district courts . . . the general principle is to avoid duplicative litigation." *Id.* (quoting *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976)).

The instant Petition is duplicative of the petition filed in Case No. 26-cv-24796. First, the parties in both cases are identical [*compare* ECF No. 1 p. 1 (suing the U.S. Immigration and Customs Enforcement) *with* Petition, *Gonzalez-Gonzalez*, No. 26-cv-24796, ECF No. 1 p. 1 (suing U.S. Immigration and Customs Enforcement)]. Second, in both cases, Petitioner challenges his detention under the Fifth Amendment's Due Process Clause and 8 U.S.C. § 1231(a)(6) [*compare* ECF No. 1 p. 6 *with* Petition, *Gonzalez-Gonzalez*, No. 26-cv-24796, ECF No. 1 p. 6]. Finally, the relief requested by Petitioner in both cases does not materially differ [*compare* ECF No. 1 p. 7 (requesting that the Court enter an order (1) directing Respondent to release him and (2) enjoining Respondent from detaining Petitioner any further) *with* Petition, *Gonzalez-Gonzalez*, No. 26-cv-24796, ECF No. 1-1 p. 11 (requesting immediate release from custody)].

Under these facts, the instant action is duplicative of Case No. 26-cv-24796, warranting dismissal.

***

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

    1. The Petition [ECF No. 1] is **DISMISSED** as duplicative.

2

2.  All pending motions are **DENIED AS MOOT**.

3.  The case is **CLOSED**.

4.  **The Clerk SHALL MAIL a copy of this Order to Petitioner at the address below and thereafter confirm compliance on the docket**.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of August 2026.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Geovanny Gonzalez Gonzalez,** *pro se*
A# 246401173
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov